# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED) FOR** |
| | ) | **TRANSPORT** |
| vs. | ) | |
| | ) | |
| Kealoha Aulaumea, | ) | Case Nos. 4:13-cr-066 and 4:13-cr-082 |
| | ) | |
| Defendant. | ) | |

Defendant has been ordered detained pending sentencing. She is being housed at the Lake Region Correctional Center (hereinafter referred to as the "Correctional Center") in Devils Lake, North Dakota.

On March 20, 2014, she filed an order requesting transport from the Correctional Center to the Lake Region Human Service Center ("LRHSC") for a chemical dependency evaluation, The LRHSC is located in Devils Lake and is less than a mile from the Correctional Center. Defendant's chemical dependency evaluation at the LRHSC is presently scheduled for April 3, 2014, at 8:30 a.m. The government does not oppose defendant's motion.

The court **GRANTS** defendant's motion (Case No. 4:13-cr-066, Doc. No. 525; Case No. 4:13-cr-082, Doc. No. 87). On April 3, 2014, the United States Marshal or his designee shall transport defendant to the LRHSC by 8:30 a.m. for her chemical dependency evaluation. Once the evaluation is completed, the United States Marshal or his designee shall return defendant to the Correctional Center.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court