**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kealoha Asaga Aulaumea, | ) | Case Nos. 4:13-cr-066-7 and 4:13-cr-082-2 |
| | ) | |
| Defendant. | ) | |

On May 18, 2015, defendant filed a "Motion for Release from Custody." She advised that she has been accepted into a residential treatment program at the New Hope Recovery Center in Minot, North Dakota. She requested to be released so that she can report to the program.

There being no objection from the Government, the court **GRANTS** defendant's motion. (Case No. 4:13-cr-066, Docket No. 881; Case No. 4:13-cr-082, Docket No. 152). The United States Marshal shall transport defendant to the New Hope Recovery Center in Minot, North Dakota, on May 27, 2015. Upon arriving at the New Hope Recover Center, defendant shall be released subject to the following conditions:

(1) Defendant shall reside at the New Hope Recover Center's treatment facility, participate in its treatment program, and abide by the its rules and regulations.

(2) Upon arriving at the New Hope Recovery Center, defendant shall immediately contact United States Probation Officer Fallon Clouse at (701) 297-7241 to advise of her admission. Defendant shall thereafter report to the Probation Office as directed and sign releases as necessary so that the Probation Office can monitor her progress in the treatment program.

1

(3) Defendant shall comply with all other conditions of release previously imposed by the court.

(4) Upon successful completion of the residential portion of the treatment program, defendant shall immediately report to the Probation Office before any change of address is made so that it may evaluate the appropriateness of her proposed living arrangements.

**IT IS SO ORDERED.**

Dated this 26th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court